# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-5799-R**                                    **DATE: APRIL 21, 2009**

**TITLE: THE LINCOLN ELECTRIC CO et al -V- T.F.T. TOOLS INC**
================================================================
**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                   <u>   N/A   </u>
**Deputy Clerk**                                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                   Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MAY 1, 2009 AT 10:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF DEFENDANT TO FILE AN ANSWER OR PLAINTIFFS TO OBTAIN ENTRY OF DEFAULT OF DEFENDANT. PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record (by optical scanning)


**MINUTES FORM II**                                    Initials of Deputy Clerk __WH__
**CIVIL - GEN**                        D-M