JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN ELECTRIC COMPANY and LINCOLN GLOBAL, INC., *Plaintiffs,* v. T.F.T. TOOLS, INC. *Defendant.* | Civil Action No. CV08-5799-R-CT [~~PROPOSED~~] ORDER GRANTING STIPULATION TO ENTER CONSENT JUDGMENT AND DISMISSAL AND VACATE SCHEDULED HEARINGS |

1     Having considered Plaintiffs' Lincoln Electric Company and Lincoln Global Inc. ("Lincoln") Unopposed Motion to Approve and Enter the Consent Judgment and Dismissal and Vacate Scheduled Hearings, the motion is GRANTED.  As of this date, the Consent Judgment and Dismissal is approved and entered, all hearings currently scheduled for the matter are vacated, and this matter is dismissed with prejudice in accordance with the Consent Judgment and Dismissal.

DATED:  ___April 30, 2009____     _____
                                                  Honorable Manuel L. Real

Submitted by:
PAUL, HASTINGS, JANOFSKY & WALKER LLP
  /s/ N. Thane Bauz
      N. Thane Bauz
Attorney for Plaintiffs The Lincoln
Electric Company and Lincoln Global Inc.